**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jason D. Bartlett                                          CHAPTER 13
        Angela M. Bartlett
              Debtor(s)                              BKY. NO. 16-23583 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ Brian C. Nicholas
                              Brian Nicholas
                              17 Sep 2020, 10:17:07, EDT

                              Brian C. Nicholas, Esquire
                              Attorney I.D. No. 317240
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              412-430-3594
                              bkgroup@kmllawgroup.com