IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jason D. Bartlett and | ) | Case No.  16-23583 GLT |
| Angela M. Bartlet, | ) | Chapter 13 |
| | ) | Related to Docket No. 102 |
|     Debtors | ) | |
| | ) | |
| Jason D. Bartlett, | ) | |
| Angela M. Bartlet | ) | |
|     Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AES/PHEAA, Amazon, Best Buy, Capital | ) | |
| One, US Bank, Comenity Bank, Credit | ) | |
| Management, Credit One Bank, Dept. of | ) | |
| Education, Discover, Dollar Bank, | ) | |
| Duquesne Light, ECMC, Flagship, HSN, | ) | |
| IC System, Kohls, LVNV Funding, Midland | ) | |
| Funding, PA Dept. of Revenue, PennyMac | ) | |
| Loan Services, Portfolio Recovery, | ) | |
| Quantum3, Recovery Management, | ) | |
| Synchrony Bank, TD Bank, THD/CBNA, | ) | |
| US Dept. of Education, Wells Fargo, | ) | |
| and Ronda J. Winnecour, Chapter 13 | ) | |
| Trustee | ) | |
|     Respondents | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on April 1, 2021, a true and correct copy of the *Modified Default Order dated March 30, 2021* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.

| | |
|---|---|
| Date of Service: April 1, 2021 | /s/ Lauren M. Lamb |
| | Lauren M. Lamb, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | Suite 2830, Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | Llamb@steidl-steinberg.com |
| | PA I.D. No. 209201 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 16-23583-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Apr  1 12:38:05 EDT 2021 | AES/PHEAA<br>1200 N 7th Street<br>Harrisburg, PA 17102-1419 | Amazon<br>PO Box 965015<br>Orlando, FL 32896-5015 |
| Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 | Angela M. Bartlett<br>120 Sunridge Drive<br>Freedom, PA 15042-2640 | Jason D. Bartlett<br>120 Sunridge Drive<br>Freedom, PA 15042-2640 |
| Best Buy<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Jerome B. Blank<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Philadelphia, PA 19103-1821 | Capital One<br>P. O. Box 30281<br>Salt Lake City, UT 84130-0281 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Citizens Bank<br>P.O. Box 18204<br>Bridgeport, CT 06601-3204 |
| Comenity Bank/Lane Bryant<br>P.O. box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/Pier 1<br>PO Box 182789<br>Columbus, OH 43218-2789 | Credit Management<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 |
| Credit One Bank<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 | Robert Davidow<br>Phelan Hallinan Diamond & Jones<br>1617 JKF Blvd.<br>Philadelphia, PA 19103 | Dept. of Education/NELNET<br>121 S. 13th Street<br>Lincoln, NE 68508-1904 |
| Discover<br>P.O. Box 15192<br>Wilmington, DE 19850-5192 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Finanancial Services, LLC<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 |
| (p)DOLLAR BANK<br>ATTN PAYROLL DEPARTMENT<br>LIBERTY COMMONS<br>2700 LIBERTY AVENUE<br>PITTSBURGH PA 15222-4768 | Dollar Bank<br>PO Box 3969<br>Pittsburgh PA 15230-3969 | Duquesne Light Company<br>c/o Peter J. Ashcroft,<br>Bernstein-Burkley, P.C.,<br>707 Grant St., Suite 2200, Gulf Tower,<br>Pittsburgh, PA 15219-1945 |
| ECMC<br>P.O. BOX 16408<br>ST. PAUL, MN 55116-0408 | Flagship Credit Acceptance<br>3 Christy Drive<br>Suite 201<br>Chadds Ford, PA 19317-9670 | Flagship Credit Acceptance<br>P.O. Box 3807<br>Coppell, TX 75019-5877 |
| HSN<br>Customer Service<br>PO Box 183003<br>Columbus, OH 43218-3003 | IC System<br>P.O. Box 64378<br>Saint Paul, MN 55164-0378 | Kohls/Capital One<br>PO Box 3115<br>Milwaukee, WI 53201-3115 |

```
LVNV Funding, LLC its successors and assigns   Lauren M. Lamb                          MIDLAND FUNDING LLC
assignee of FNBM, LLC                          Steidl & Steinberg                      PO Box 2011
Resurgent Capital Services                     707 Grant Street                        Warren, MI 48090-2011
PO Box 10587                                   28th Floor - Gulf Tower
Greenville, SC 29603-0587                      Pittsburgh, PA 15219-1908


Midland Credit Management, Inc. as agent for   Midland Funding                         Brian Nicholas
Asset Acceptance LLC                           8875 Aero Drive, Suite 200              KML Law Group, P.C.
Po Box 2036                                    San Diego, CA 92123-2255                701 Market Street
Warren MI 48090-2036                                                                   Suite 5000
                                                                                       Philadelphia, PA 19106-1541


Office of the United States Trustee            PHEAA                                   Pennsylvania Department of Revenue
Liberty Center.                                PO Box 8147                             Bankruptcy Division
1001 Liberty Avenue, Suite 970                 Harrisburg, PA 17105-8147               P.O. Box 280946
Pittsburgh, PA 15222-3721                                                              Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue                  PennyMac Loan Services                  Pennymac Loan Services, LLC
Department 280946                              P.O. Box 514387                         6101 Condor Drive, Suite 200
P.O. Box 280946                                Los Angeles, CA 90051-4387              Moonpark, CA 93021-2602
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946


(p)PORTFOLIO RECOVERY ASSOCIATES LLC           Quantum3 Group LLC as agent for         Quantum3 Group LLC as agent for
PO BOX 41067                                   Comenity Bank                           Comenity Capital Bank
NORFOLK VA 23541-1067                          PO Box 788                              PO Box 788
                                               Kirkland, WA  98083-0788                Kirkland, WA  98083-0788


Recovery Management Systems Corporation        Recovery Management Systems Corporation SYNCB/Old Navy
25 S.E. Second Avenue                          25 S.E. 2nd Avenue, Suite 1120          PO Box 965005
Suite 1120                                     Miami, FL 33131-1605                    Orlando, FL 32896-5005
Miami, FL 33131-1605


SYNCB/QVC                                      Thomas Song                             Synchrony Bank
PO Box 965018                                  Phelan Hallinan Diamond & Jones, LLP    c/o PRA Receivables Management, LLC
Orlando, FL 32896-5018                         1617 JFK Boulevard                      PO Box 41021
                                               Suite 1400                              Norfolk VA 23541-1021
                                               Philadelphia, PA 19103-1814


TD Bank USA / Target Credit                    TD Bank USA, N.A.                       TD Bank USA/Target
3701 Wayzata Blvd. #MS6C                       C O WEINSTEIN & RILEY, PS               3701 Wayzata Boulevard
Minneapolis, MN 55416-3440                     2001 WESTERN AVENUE, STE 400            Minneapolis, MN 55416-3440
                                               SEATTLE, WA 98121-3132


THD/CBNA                                       US Department of Education c/o Nelnet   Wells Fargo Financial
PO Box 6497                                    121 South 13th Street, Suite 201        800 Walnut street
Sioux Falls, SD 57117-6497                     Lincoln, NE 68508-1911                  Des Moines, IA 50309-3891


Ronda J. Winnecour                             eCAST Settlement Corporation
Suite 3250, USX Tower                          PO Box 29262
600 Grant Street                               New York, NY 10087-9262
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dollar Bank
2700 Liberty Avenue
Pittsburgh, PA 15222

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Duquesne Light Company

(d)ECMC
po box 16408
St. Paul, MN 55116-0408

(u)Pennymac Loan Services, LLC

(d)eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262

End of Label Matrix
Mailable recipients    58
Bypassed recipients     4
Total                  62