**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/30/2021

IN RE:

JASON D. BARTLETT
ANGELA M. BARTLETT
120 SUNRIDGE DRIVE
FREEDOM, PA 15042
XXX-XX-2770          Debtor(s)

XXX-XX-0653

Case No.16-23583 GLT

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/30/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK++**<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HH GREGG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0424 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 162.20<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2770 |
| **FLAGSHIP CREDIT ACCEPTANCE**<br>PO BOX 975658<br>DALLAS, TX 75397 | Trustee Claim Number: 3   INT %: 6.00%<br>Court Claim Number: 2<br>CLAIM: 18,552.29<br>COMMENT: $CL-PL@6%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 2770 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*BGN 10/16 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8287 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 12,350.23<br>COMMENT: X4370/SCH*FR PHEAA-DOC 74 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2770 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 2,526.19<br>COMMENT: SYNCHRONY/AMAZON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9855 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 22<br>CLAIM: 1,087.42<br>COMMENT: BEST BUY/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9666 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 838.62<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4523 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4273 |
| **CITIZENS BANK(*)**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Info | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 257.57<br>COMMENT: LANE BRYANT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0173 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 295.23<br>COMMENT: PIER ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8844 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 279.05<br>COMMENT: FNBM~CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6095 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 50,119.65<br>COMMENT: NO ACCT/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0653 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 1,010.04<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5315 |
| **DOLLAR BANK FSB(*)**<br>ATTN: COLLECTION DEPT<br>PO BOX 3969<br>PITTSBURGH, PA 15230 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 5,924.99<br>COMMENT: LOAN DATE 8/31/2012*NO POD~EMAIL DONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0318 |
| **DOLLAR BANK FSB(*)**<br>ATTN: COLLECTION DEPT<br>PO BOX 3969<br>PITTSBURGH, PA 15230 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 3,496.25<br>COMMENT: VEHICLE DFNCY*LOAN DATE 5/21/13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1917 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,572.65<br>COMMENT: HSN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8702 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **IC SYSTEM INC++**<br>444 HIGHWAY 96 E<br>POB 64378<br>ST PAUL, MN  55164 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3001 |
| **KOHLS++**<br>POB 2983<br>MILWAUKEE, WI  53201-2983 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~CAP 1/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1501 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 4,467.24<br>COMMENT: NO ACCT/SCH*SYNCHRONY/HOME DESIGN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2977 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 10 | CLAIM: 3,580.93<br>COMMENT: NO ACCT/SCH*SYNCHRONY~HH GREGG | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0424 |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br>NEW YORK, NY  10087-9262 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 17 | CLAIM: 9,272.95<br>COMMENT: NO ACCT/SCH*OLD NAVY~GEMB GECRB*FR SYNCHRONY BANK-DOC 83 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4351 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 1,464.29<br>COMMENT: SYNCHRONY~QCARD QVC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3756 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 20 | CLAIM: 1,672.60<br>COMMENT: TARGET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5287 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 21 | CLAIM: 2,448.46<br>COMMENT: TARGET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0308 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 23 | CLAIM: 1,559.43<br>COMMENT: HOME DEPOT/CITIBANK NA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0577 |
| **WELLS FARGO FINANCIAL\*\***<br>MAC F4031-086<br>800 WALNUT ST<br>DES MOINES, IA  50309 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8154 |

Case 16-23583-GLT    Doc 104    Filed 08/30/21    Entered 08/30/21 19:06:53    Desc

| Creditor | Claim Info | Description |
|---|---|---|
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:24<br>CLAIM: 3,376.18<br>COMMENT: $CL-PL*THRU 9/16 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8287 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 223.04<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9115 |
| **MIDLAND CREDIT MANAGEMENT INC - AGENT -**<br>PO BOX 2036<br>WARREN, MI 48090 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 4,726.17<br>COMMENT: NT/SCH*AVD/OE*DELL FNNCL SVCS*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7954 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |