Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jason D. Bartlett** | : | Case No. 16−23583−GLT |
| **Angela M. Bartlett** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 113 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 2/9/22 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

     *AND NOW,* this *The 23rd of November, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 113 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  *On or before January 7, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on *February 9, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*[Signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23583-GLT |
| Jason D. Bartlett | Chapter 13 |
| Angela M. Bartlett | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: 604 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason D. Bartlett, Angela M. Bartlett, 120 Sunridge Drive, Freedom, PA 15042-2640 |
| 14295390 | + | AES/PHEAA, 1200 N 7th Street, Harrisburg, PA 17102-1419 |
| 14330331 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14295403 | + | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 14351274 | + | Dollar Bank, PO Box 3969, Pittsburgh PA 15230-3969 |
| 14689781 | | ECMC, po box 16408, St. Paul, MN 55116-0408 |
| 14295407 | + | IC System, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14306399 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14295411 | | PennyMac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14353021 | + | Pennymac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moonpark, CA 93021-2602 |
| 14295414 | + | TD Bank USA / Target Credit, 3701 Wayzata Blvd. #MS6C, Minneapolis, MN 55416-3440 |
| 14295415 | + | TD Bank USA/Target, 3701 Wayzata Boulevard, Minneapolis, MN 55416-3440 |
| 14295417 | + | Wells Fargo Financial, 800 Walnut street, Des Moines, IA 50309-3891 |
| 14791380 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:28:55 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14295391 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:40 | Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14295392 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:28:59 | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14295393 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:28:42 | Capital One, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14317392 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:28:42 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14295395 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 23 2021 23:25:00 | Citizens Bank, P.O. Box 18204, Bridgeport, CT 06601-3204 |
| 14295396 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | Comenity Bank/Lane Bryant, P.O. box 182789, Columbus, OH 43218-2789 |
| 14295397 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 14295398 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 23 2021 23:26:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14295399 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2021 23:28:44 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14295400 | | Email/Text: electronicbkydocs@nelnet.net | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 23 2021 23:26:00 | Dept. of Education/NELNET, 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 14295401 | | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover, P.O. Box 15192, Wilmington, DE 19850-5192 |
| 14298001 | | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14295402 | + | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Finanancial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14345545 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 23 2021 23:26:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14299596 | + | Email/Text: bankruptcy@flagshipcredit.com | Nov 23 2021 23:26:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019-5877 |
| 14295405 | + | Email/Text: bankruptcy@flagshipcredit.com | Nov 23 2021 23:26:00 | Flagship Credit Acceptance, 3 Christy Drive, Suite 201, Chadds Ford, PA 19317-9670 |
| 14295406 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | HSN, Customer Service, PO Box 183003, Columbus, OH 43218-3003 |
| 14295408 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 23 2021 23:25:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14341436 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2021 23:28:57 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14338116 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 23:26:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14345924 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 23:26:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 14295409 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 23 2021 23:26:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14352721 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2021 23:28:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14317966 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2021 23:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14318834 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2021 23:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14296178 | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:28:44 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14295412 | | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:49 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14295413 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:40 | SYNCB/QVC, PO Box 965018, Orlando, FL 32896-5018 |
| 14350947 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14351620 | + | Email/Text: bncmail@w-legal.com | Nov 23 2021 23:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14295416 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:28:59 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14301286 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 23 2021 23:26:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE |

| District/off: 0315-2 | User: jhel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: 604 | Total Noticed: 47 |

68508-1911

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Pennymac Loan Services, LLC |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14295394 | * | Capital One, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14295404 | *+ | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 14295410 | *+ | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Lauren M. Lamb | on behalf of Joint Debtor Angela M. Bartlett julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor Jason D. Bartlett julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Pennymac Loan Services  LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert Davidow | on behalf of Creditor Pennymac Loan Services  LLC robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 4 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: 604 | Total Noticed: 47 |

        cmecf@chapter13trusteewdpa.com

Thomas Song

        on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 10