**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JASON D. BARTLETT
ANGELA M. BARTLETT
      Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:16-23583

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 22, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/26/2016 and confirmed on 10/31/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 122,922.00 |
| Less Refunds to Debtor | 2,103.06 | |
| TOTAL AMOUNT OF PLAN FUND | | 120,818.94 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 5,765.85 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,165.85 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 86,792.80 | 0.00 | 86,792.80 |
|     Acct: 8287 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 3,376.18 | 3,376.18 | 0.00 | 3,376.18 |
|     Acct: 8287 | | | | |
|   FLAGSHIP CREDIT ACCEPTANCE | 18,552.29 | 18,552.29 | 2,931.82 | 21,484.11 |
|     Acct: 2770 | | | | |
| | | | | 111,653.09 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON D. BARTLETT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON D. BARTLETT | 2,103.06 | 2,103.06 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 162.20 | 0.00 | 0.00 | 0.00 |
|     Acct: 2770 | | | | |
|   ECMC(*) | 12,350.23 | 0.00 | 0.00 | 0.00 |
|     Acct: 2770 | | | | |
|   MIDLAND FUNDING LLC | 2,526.19 | 0.00 | 0.00 | 0.00 |
|     Acct: 9855 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,087.42 | 0.00 | 0.00 | 0.00 |
|     Acct: 9666 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 838.62 | 0.00 | 0.00 | 0.00 |
|     Acct: 4523 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4273 | | | | |
|   CITIZENS BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 257.57 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0173 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 295.23 | 0.00 | 0.00 | 0.00 |
| Acct: 8844 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 279.05 | 0.00 | 0.00 | 0.00 |
| Acct: 6095 | | | | |
| US DEPARTMENT OF EDUCATION | 50,119.65 | 0.00 | 0.00 | 0.00 |
| Acct: 0653 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 1,010.04 | 0.00 | 0.00 | 0.00 |
| Acct: 5315 | | | | |
| DOLLAR BANK FSB(*) | 5,924.99 | 0.00 | 0.00 | 0.00 |
| Acct: 0318 | | | | |
| DOLLAR BANK FSB(*) | 3,496.25 | 0.00 | 0.00 | 0.00 |
| Acct: 1917 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 1,572.65 | 0.00 | 0.00 | 0.00 |
| Acct: 8702 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3001 | | | | |
| KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1501 | | | | |
| MIDLAND FUNDING LLC | 4,467.24 | 0.00 | 0.00 | 0.00 |
| Acct: 2977 | | | | |
| MIDLAND FUNDING LLC | 3,580.93 | 0.00 | 0.00 | 0.00 |
| Acct: 0424 | | | | |
| ECAST SETTLEMENT CORP | 9,272.95 | 0.00 | 0.00 | 0.00 |
| Acct: 4351 | | | | |
| MIDLAND FUNDING LLC | 1,464.29 | 0.00 | 0.00 | 0.00 |
| Acct: 3756 | | | | |
| TD BANK USA NA** | 1,672.60 | 0.00 | 0.00 | 0.00 |
| Acct: 5287 | | | | |
| TD BANK USA NA** | 2,448.46 | 0.00 | 0.00 | 0.00 |
| Acct: 0308 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,559.43 | 0.00 | 0.00 | 0.00 |
| Acct: 0577 | | | | |
| WELLS FARGO FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8154 | | | | |
| CAPITAL ONE NA** | 223.04 | 0.00 | 0.00 | 0.00 |
| Acct: 9115 | | | | |
| MIDLAND CREDIT MANAGEMENT INC - A( | 4,726.17 | 0.00 | 0.00 | 0.00 |
| Acct: 7954 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0424 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                111,653.09

```
TOTAL CLAIMED
   PRIORITY              0.00
   SECURED          21,928.47
   UNSECURED       109,335.20
```

Date: 11/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JASON D. BARTLETT
    ANGELA M. BARTLETT
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.: 16-23583

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23583-GLT |
| Jason D. Bartlett | Chapter 13 |
| Angela M. Bartlett | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason D. Bartlett, Angela M. Bartlett, 120 Sunridge Drive, Freedom, PA 15042-2640 |
| 14295390 | + | AES/PHEAA, 1200 N 7th Street, Harrisburg, PA 17102-1419 |
| 14330331 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14295403 | + | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 14351274 | + | Dollar Bank, PO Box 3969, Pittsburgh PA 15230-3969 |
| 14689781 | | ECMC, po box 16408, St. Paul, MN 55116-0408 |
| 14295407 | + | IC System, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14306399 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14295411 | | PennyMac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14353021 | + | Pennymac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moonpark, CA 93021-2602 |
| 14295414 | + | TD Bank USA / Target Credit, 3701 Wayzata Blvd. #MS6C, Minneapolis, MN 55416-3440 |
| 14295415 | + | TD Bank USA/Target, 3701 Wayzata Boulevard, Minneapolis, MN 55416-3440 |
| 14295417 | + | Wells Fargo Financial, 800 Walnut street, Des Moines, IA 50309-3891 |
| 14791380 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:28:44 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14295391 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:02 | Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14295392 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2021 23:29:08 | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14295393 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:28:52 | Capital One, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14317392 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:28:42 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14295395 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 23 2021 23:25:00 | Citizens Bank, P.O. Box 18204, Bridgeport, CT 06601-3204 |
| 14295396 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | Comenity Bank/Lane Bryant, P.O. box 182789, Columbus, OH 43218-2789 |
| 14295397 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2021 23:26:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 14295398 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 23 2021 23:26:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14295399 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2021 23:28:54 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14295400 | | Email/Text: electronicbkydocs@nelnet.net | | |

Case 16-23583-GLT   Doc 118   Filed 11/25/21   Entered 11/26/21 00:29:27   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: jhel | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| | | Nov 23 2021 23:26:00 | Dept. of Education/NELNET, 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 14295401 | Email/Text: mrdiscen@discover.com | | |
| | | Nov 23 2021 23:25:00 | Discover, P.O. Box 15192, Wilmington, DE 19850-5192 |
| 14298001 | Email/Text: mrdiscen@discover.com | | |
| | | Nov 23 2021 23:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14295402 | + Email/Text: mrdiscen@discover.com | | |
| | | Nov 23 2021 23:25:00 | Discover Finanancial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14345545 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | Nov 23 2021 23:26:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14299596 | + Email/Text: bankruptcy@flagshipcredit.com | | |
| | | Nov 23 2021 23:26:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019-5877 |
| 14295405 | + Email/Text: bankruptcy@flagshipcredit.com | | |
| | | Nov 23 2021 23:26:00 | Flagship Credit Acceptance, 3 Christy Drive, Suite 201, Chadds Ford, PA 19317-9670 |
| 14295406 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Nov 23 2021 23:26:00 | HSN, Customer Service, PO Box 183003, Columbus, OH 43218-3003 |
| 14295408 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Nov 23 2021 23:25:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14341436 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Nov 23 2021 23:28:46 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14338116 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Nov 23 2021 23:26:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14345924 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Nov 23 2021 23:26:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 14295409 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Nov 23 2021 23:26:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14352721 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 23 2021 23:28:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14317966 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Nov 23 2021 23:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14318834 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Nov 23 2021 23:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14296178 | Email/PDF: rmscedi@recoverycorp.com | | |
| | | Nov 23 2021 23:28:56 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14295412 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 23 2021 23:28:40 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14295413 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 23 2021 23:28:49 | SYNCB/QVC, PO Box 965018, Orlando, FL 32896-5018 |
| 14350947 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 23 2021 23:28:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14351620 | + Email/Text: bncmail@w-legal.com | | |
| | | Nov 23 2021 23:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14295416 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 23 2021 23:28:46 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14301286 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Nov 23 2021 23:26:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE |

| District/off: 0315-2 | User: jhel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 47 |

68508-1911

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Pennymac Loan Services, LLC |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14295394 | * | Capital One, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14295404 | *+ | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 14295410 | *+ | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com |
| Lauren M. Lamb | on behalf of Joint Debtor Angela M. Bartlett julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor Jason D. Bartlett julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Pennymac Loan Services LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert Davidow | on behalf of Creditor Pennymac Loan Services LLC robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | |

District/off: 0315-2         User: jhel              Page 4 of 4
Date Rcvd: Nov 23, 2021      Form ID: pdf900         Total Noticed: 47

    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 10