IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 16-23583 GLT |
| Jason D. Bartlett | ) | Chapter 13 |
| Angela M. Bartlett, | ) | Docket No. |
| *Debtors* | ) | |
| | ) | |
| Jason D. Bartlett | ) | |
| Angela M. Bartlett, | ) | |
| *Movants* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.    The Debtors have made all payments required by the Chapter 13 Plan.

2.    The Debtors are not required to pay any Domestic Support Obligations.

3.    The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.    On December 5, 2016 at docket numbers 22 and 23 the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

November 28, 2021
Date

/s/ Jason D. Bartlett_____
Debtor

November 28, 2021
Date

/s/ Angela M. Bartlett_____
Debtor

Respectfully submitted,

November 30, 2021                            /s/ Lauren M. Lamb
DATE                                        Lauren M. Lamb Esquire
                                            Attorney for the Debtor

                                            STEIDL & STEINBERG
                                            707 Grant Street
                                            Suite 2830, Gulf Tower
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            llamb@steidl-steinberg.com
                                            PA I.D. No. 209201

**PAWB Local Form 24 (07/13)**