| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jason D. Bartlett | Social Security number or ITIN   xxx–xx–2770 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Angela M. Bartlett | Social Security number or ITIN   xxx–xx–0653 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 16–23583–GLT | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jason D. Bartlett                                           Angela M. Bartlett

   <u>1/24/22</u>                                              **By the court:** <u>Gregory L. Taddonio</u>
                                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23583-GLT |
| Jason D. Bartlett | Chapter 13 |
| Angela M. Bartlett | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 24, 2022 | Form ID: 3180W | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason D. Bartlett, Angela M. Bartlett, 120 Sunridge Drive, Freedom, PA 15042-2640 |
| 14295390 | + | AES/PHEAA, 1200 N 7th Street, Harrisburg, PA 17102-1419 |
| 14295403 | + | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 14351274 | + | Dollar Bank, PO Box 3969, Pittsburgh PA 15230-3969 |
| 14306399 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 25 2022 04:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2022 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 25 2022 04:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2022 23:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: RECOVERYCORP.COM | Jan 25 2022 04:28:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14295391 | + | EDI: RMSC.COM | Jan 25 2022 04:28:00 | Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14295392 | + | EDI: CITICORP.COM | Jan 25 2022 04:28:00 | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14295393 | | EDI: CAPITALONE.COM | Jan 25 2022 04:28:00 | Capital One, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14317392 | | EDI: CAPITALONE.COM | Jan 25 2022 04:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14330331 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2022 23:28:33 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14295395 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 24 2022 23:30:00 | Citizens Bank, P.O. Box 18204, Bridgeport, CT 06601-3204 |
| 14295396 | | EDI: WFNNB.COM | Jan 25 2022 04:28:00 | Comenity Bank/Lane Bryant, P.O. box 182789, Columbus, OH 43218-2789 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14295397 | + | EDI: WFNNB.COM | Jan 25 2022 04:28:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 14295398 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 24 2022 23:30:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14295399 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2022 23:28:27 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14295400 | | Email/Text: electronicbkydocs@nelnet.net | Jan 24 2022 23:30:00 | Dept. of Education/NELNET, 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 14295401 | | EDI: DISCOVER.COM | Jan 25 2022 04:28:00 | Discover, P.O. Box 15192, Wilmington, DE 19850-5192 |
| 14298001 | | EDI: DISCOVER.COM | Jan 25 2022 04:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14295402 | + | EDI: DISCOVER.COM | Jan 25 2022 04:28:00 | Discover Finanancial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14345545 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 24 2022 23:30:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14689781 | | EDI: ECMC.COM | Jan 25 2022 04:28:00 | ECMC, po box 16408, St. Paul, MN 55116-0408 |
| 14299596 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 24 2022 23:30:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019-5877 |
| 14295405 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 24 2022 23:30:00 | Flagship Credit Acceptance, 3 Christy Drive, Suite 201, Chadds Ford, PA 19317-9670 |
| 14295406 | + | EDI: WFNNB.COM | Jan 25 2022 04:28:00 | HSN, Customer Service, PO Box 183003, Columbus, OH 43218-3003 |
| 14295407 | + | EDI: IIC9.COM | Jan 25 2022 04:28:00 | IC System, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14295408 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 24 2022 23:30:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14341436 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2022 23:28:34 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14338116 | + | EDI: MID8.COM | Jan 25 2022 04:28:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14345924 | + | EDI: MID8.COM | Jan 25 2022 04:28:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 14295409 | + | EDI: MID8.COM | Jan 25 2022 04:28:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14352721 | | EDI: PRA.COM | Jan 25 2022 04:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14295411 | | Email/PDF: ebnotices@pnmac.com | Jan 24 2022 23:38:46 | PennyMac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14353021 | + | Email/PDF: ebnotices@pnmac.com | Jan 24 2022 23:28:34 | Pennymac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moonpark, CA 93021-2602 |
| 14317966 | | EDI: Q3G.COM | Jan 25 2022 04:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14318834 | | EDI: Q3G.COM | Jan 25 2022 04:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14296178 | | EDI: RECOVERYCORP.COM | Jan 25 2022 04:28:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: 3180W | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| 14295412 | | EDI: RMSC.COM | | 33131-1605 |
| | | | Jan 25 2022 04:28:00 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14295413 | + | EDI: RMSC.COM | | |
| | | | Jan 25 2022 04:28:00 | SYNCB/QVC, PO Box 965018, Orlando, FL 32896-5018 |
| 14350947 | + | EDI: RMSC.COM | | |
| | | | Jan 25 2022 04:28:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14295414 | + | EDI: WTRRNBANK.COM | | |
| | | | Jan 25 2022 04:28:00 | TD Bank USA / Target Credit, 3701 Wayzata Blvd. #MS6C, Minneapolis, MN 55416-3440 |
| 14351620 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Jan 24 2022 23:30:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14295415 | + | EDI: WTRRNBANK.COM | | |
| | | | Jan 25 2022 04:28:00 | TD Bank USA/Target, 3701 Wayzata Boulevard, Minneapolis, MN 55416-3440 |
| 14295416 | + | EDI: CITICORP.COM | | |
| | | | Jan 25 2022 04:28:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14301286 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Jan 24 2022 23:30:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14295417 | + | EDI: WFFC.COM | | |
| | | | Jan 25 2022 04:28:00 | Wells Fargo Financial, 800 Walnut street, Des Moines, IA 50309-3891 |
| 14791380 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Jan 24 2022 23:28:17 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Pennymac Loan Services, LLC |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14295394 | * | Capital One, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14295404 | *+ | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 14295410 | *+ | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2022    Signature:    /s/Joseph Speetjens

Case 16-23583-GLT    Doc 124    Filed 01/26/22    Entered 01/27/22 00:29:01    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: 3180W | Total Noticed: 49 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com |
| Lauren M. Lamb | on behalf of Joint Debtor Angela M. Bartlett julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor Jason D. Bartlett julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Pennymac Loan Services LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert Davidow | on behalf of Creditor Pennymac Loan Services LLC robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com |

TOTAL: 10