**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/24/22 2:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JASON D. BARTLETT
ANGELA M. BARTLETT
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:16-23583

Chapter 13

Related to Dkt. No. 113

ORDER OF COURT

  AND NOW, this 24th day of January 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

GREGORY L. TADDONIO
U.S. BANKRUPTCY JUDGE  jah

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23583-GLT |
| Jason D. Bartlett | Chapter 13 |
| Angela M. Bartlett | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 24, 2022 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason D. Bartlett, Angela M. Bartlett, 120 Sunridge Drive, Freedom, PA 15042-2640 |
| 14295390 | + | AES/PHEAA, 1200 N 7th Street, Harrisburg, PA 17102-1419 |
| 14295403 | + | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 14351274 | + | Dollar Bank, PO Box 3969, Pittsburgh PA 15230-3969 |
| 14306399 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14295414 | + | TD Bank USA / Target Credit, 3701 Wayzata Blvd. #MS6C, Minneapolis, MN 55416-3440 |
| 14295415 | + | TD Bank USA/Target, 3701 Wayzata Boulevard, Minneapolis, MN 55416-3440 |
| 14295417 | + | Wells Fargo Financial, 800 Walnut street, Des Moines, IA 50309-3891 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jan 24 2022 23:28:27 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14295391 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 24 2022 23:28:32 | Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14295392 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2022 23:38:46 | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14295393 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2022 23:28:26 | Capital One, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14317392 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2022 23:28:33 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14330331 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2022 23:28:27 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14295395 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 24 2022 23:30:00 | Citizens Bank, P.O. Box 18204, Bridgeport, CT 06601-3204 |
| 14295396 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2022 23:30:00 | Comenity Bank/Lane Bryant, P.O. box 182789, Columbus, OH 43218-2789 |
| 14295397 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2022 23:30:00 | Comenity Bank/Pier 1, PO Box 182789, Columbus, OH 43218-2789 |
| 14295398 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 24 2022 23:30:00 | Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14295399 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2022 23:28:27 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14295400 | | Email/Text: electronicbkydocs@nelnet.net | Jan 24 2022 23:30:00 | Dept. of Education/NELNET, 121 S. 13th Street, Lincoln, NE 68508-1904 |
| 14295401 | | Email/Text: mrdiscen@discover.com | Jan 24 2022 23:30:00 | Discover, P.O. Box 15192, Wilmington, DE |

Case 16-23583-GLT   Doc 125   Filed 01/26/22   Entered 01/27/22 00:29:01   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| 14298001 | Email/Text: mrdiscen@discover.com | | 19850-5192 |
| | | Jan 24 2022 23:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14295402 | + Email/Text: mrdiscen@discover.com | Jan 24 2022 23:30:00 | Discover Finanancial Services, LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14345545 | + Email/Text: kburkley@bernsteinlaw.com | Jan 24 2022 23:30:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14689781 | Email/Text: ECMCBKNotices@ecmc.org | Jan 24 2022 23:30:00 | ECMC, po box 16408, St. Paul, MN 55116-0408 |
| 14299596 | + Email/Text: bankruptcy@flagshipcredit.com | Jan 24 2022 23:30:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019-5877 |
| 14295405 | + Email/Text: bankruptcy@flagshipcredit.com | Jan 24 2022 23:30:00 | Flagship Credit Acceptance, 3 Christy Drive, Suite 201, Chadds Ford, PA 19317-9670 |
| 14295406 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2022 23:30:00 | HSN, Customer Service, PO Box 183003, Columbus, OH 43218-3003 |
| 14295407 | + Email/Text: Bankruptcy@ICSystem.com | Jan 24 2022 23:30:00 | IC System, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14295408 | Email/Text: PBNCNotifications@peritusservices.com | Jan 24 2022 23:30:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14341436 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2022 23:38:41 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14338116 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2022 23:30:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14345924 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2022 23:30:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 14295409 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2022 23:30:00 | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14352721 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2022 23:28:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14295411 | Email/PDF: ebnotices@pnmac.com | Jan 24 2022 23:38:44 | PennyMac Loan Services, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14353021 | + Email/PDF: ebnotices@pnmac.com | Jan 24 2022 23:38:41 | Pennymac Loan Services, LLC, 6101 Condor Drive, Suite 200, Moonpark, CA 93021-2602 |
| 14317966 | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2022 23:30:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14318834 | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2022 23:30:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14296178 | Email/PDF: rmscedi@recoverycorp.com | Jan 24 2022 23:28:27 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14295412 | Email/PDF: gecsedi@recoverycorp.com | Jan 24 2022 23:28:16 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14295413 | + Email/PDF: gecsedi@recoverycorp.com | Jan 24 2022 23:28:26 | SYNCB/QVC, PO Box 965018, Orlando, FL 32896-5018 |
| 14350947 | + Email/PDF: gecsedi@recoverycorp.com | Jan 24 2022 23:28:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14351620 | + Email/Text: bncmail@w-legal.com | Jan 24 2022 23:30:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 400, SEATTLE, WA 98121-3132 |
| 14295416 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2022 23:38:41 | | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14301286 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 24 2022 23:30:00 | | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14791380 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2022 23:28:17 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Pennymac Loan Services, LLC |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 14295394 | * | Capital One, P. O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14295404 | *+ | Dollar Bank, 2700 Liberty Avenue, Pittsburgh, PA 15222-4700 |
| 14295410 | *+ | Midland Funding, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services  LLC bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com |
| Lauren M. Lamb | on behalf of Joint Debtor Angela M. Bartlett julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor Jason D. Bartlett julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Pennymac Loan Services  LLC mmiksich@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 24, 2022 | Form ID: pdf900 | Total Noticed: 47 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert Davidow
    on behalf of Creditor Pennymac Loan Services  LLC robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 10