# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br>    JASON D. BARTLETT<br>    ANGELA M. BARTLETT<br>          Debtor(s) | Case No. 16-23583GLT |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/26/2016.

2) The plan was confirmed on 10/31/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 04/27/2017, 11/21/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/05/2021.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $76,480.88.

10) Amount of unsecured claims discharged without payment: $52,363.92.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $122,922.00 |
| Less amount refunded to debtor | $2,103.06 |

**NET RECEIPTS:** $120,818.94

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,400.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,765.85 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $9,165.85

Attorney fees paid and disclosed by debtor:    $600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 750.00 | 838.62 | 838.62 | 0.00 | 0.00 |
| CAPITAL ONE NA** | Unsecured | NA | 223.04 | 223.04 | 0.00 | 0.00 |
| CAPITAL ONE** | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK(*) | Unsecured | 2,855.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 2,100.60 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 939.00 | 1,010.04 | 1,010.04 | 0.00 | 0.00 |
| DOLLAR BANK FSB(*) | Unsecured | 5,924.00 | 5,924.99 | 5,924.99 | 0.00 | 0.00 |
| DOLLAR BANK FSB(*) | Unsecured | 3,496.00 | 3,496.25 | 3,496.25 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | NA | 162.20 | 162.20 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 9,272.00 | 9,272.95 | 9,272.95 | 0.00 | 0.00 |
| ECMC(*) | Unsecured | 12,093.00 | 12,350.23 | 12,350.23 | 0.00 | 0.00 |
| FLAGSHIP CREDIT ACCEPTANCE | Secured | 18,473.00 | 18,552.29 | 18,552.29 | 18,552.29 | 2,931.82 |
| IC SYSTEM INC++ | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| KOHLS++ | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 135.00 | 279.05 | 279.05 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 4,726.17 | 4,726.17 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 4,429.00 | 4,467.24 | 4,467.24 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 3,543.00 | 3,580.93 | 3,580.93 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,355.00 | 1,464.29 | 1,464.29 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,300.00 | 2,526.19 | 2,526.19 | 0.00 | 0.00 |
| PENNYMAC LOAN SERVICES LLC | Secured | 167,220.00 | 168,920.86 | 0.00 | 86,792.80 | 0.00 |
| PENNYMAC LOAN SERVICES LLC | Secured | 0.00 | 3,376.18 | 3,376.18 | 3,376.18 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 956.00 | 1,087.42 | 1,087.42 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,366.00 | 1,559.43 | 1,559.43 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT CC | Unsecured | 1,449.00 | 1,572.65 | 1,572.65 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 207.00 | 257.57 | 257.57 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COM | Unsecured | 385.00 | 295.23 | 295.23 | 0.00 | 0.00 |
| TD BANK USA NA** | Unsecured | 1,500.00 | 1,672.60 | 1,672.60 | 0.00 | 0.00 |
| TD BANK USA NA** | Unsecured | 2,077.00 | 2,448.46 | 2,448.46 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 49,638.00 | 50,119.65 | 50,119.65 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO FINANCIAL** | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $86,792.80 | $0.00 |
| Mortgage Arrearage | $3,376.18 | $3,376.18 | $0.00 |
| Debt Secured by Vehicle | $18,552.29 | $18,552.29 | $2,931.82 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$21,928.47** | **$108,721.27** | **$2,931.82** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$109,335.20** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $9,165.85 |
| Disbursements to Creditors | $111,653.09 |
| **TOTAL DISBURSEMENTS:** | **$120,818.94** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/28/2022                                By: /s/ Ronda J. Winnecour
                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**